## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: HELEN WILKINS                                                               CHAPTER 7

DEBTOR                                                                                     CASE NO. 08-15456

## MOTION TO AVOID LIEN

**COMES NOW**, Debtor, by and through her attorney of record, and requests this Honorable Court to issue an order voiding the lien of Trustmark National Bank, and in support thereof would show unto the Court as follows, to wit:

1. On the 19th day of December, 2008, Debtor filed bankruptcy and is entitled to protection under the automatic stay.

2. To the extent this lien impairs exempt property; Debtor is entitled to avoidance of said lien.

WHEREFORE, PREMISES CONSIDERED, Debtor move this Honorable Court to order the avoidance of the above lien.

RESPECTFULLY SUBMITTED,

 /s/Karen B. Schneller
KAREN B. SCHNELLER, MSB # 6558
ATTORNEY AT LAW
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
(601) 252-3224

# CERTIFICATE OF SERVICE

    I, Karen B. Schneller, Attorney for Debtor, do hereby certify that I have this day mailed, via electronic delivery or postage prepaid, a true and correct copy of the above and foregoing Motion To Avoid Lien to:

Trustmark National Bank
c/o Wanda W. Cross, Esq.
P.O. Box 99
Collierville, TN 38027

Hon. Stephen P. Livingston
Chapter 7 Trustee
P. O. Box 729
New Albany, MS 38652

U. S. Trustee
100 West Capitol Street, Ste 706
Jackson, Mississippi 39269

    This the 5th day of January, 2009.


                                                          /s/Karen B. Schneller
                                                    KAREN B. SCHNELLER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: HELEN WILKINS                                                              CHAPTER 7

DEBTOR                                                                                      CASE NO. 08-15456

## ORDER AVOIDING LIEN

This matter came on to be heard this day on the motion of Debtor requesting the issuance of an order voiding the lien of Trustmark National Bank and it appearing unto the Court as follows, to wit:

1. On the 19th day of December, 2008, Debtor filed bankruptcy and is entitled to protection under the automatic stay.

2. To the extent this judgment impairs exempt property; Debtor is entitled to avoidance of said lien.

IT IS, THEREFORE, ORDERED that the above listed lien is hereby avoided, to the extent that it impairs the Debtor's exemptions.

SO ORDERED this the _____ day of _____, 2009.

_____
DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE