UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: HELEN WILKINS                                                                CHAPTER 7

DEBTOR                                                                                          CASE NO. 08-15456

## ORDER AVOIDING LIEN

This matter came on to be heard this day on the motion of Debtor requesting the issuance of an order voiding the lien of Trustmark National Bank and it appearing unto the Court as follows, to wit:

1. On the 19th day of December, 2008, Debtor filed bankruptcy and is entitled to protection under the automatic stay.

2. To the extent this judgment impairs exempt property; Debtor is entitled to avoidance of said lien.

IT IS, THEREFORE, ORDERED that the above listed lien is hereby avoided, to the extent that it impairs the Debtor's exemptions.

SO ORDERED this the 12th day of February, 2009.

DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE