# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: Helen Wilkins aka Helen Wilkins Smith | BANKRUPTCY NO. 08-15456-DWH |
| American General Financial Services, Inc. | Movant |
| VS. | |
| Helen Wilkins aka Helen Wilkins Smit, Debtor and Stephen P. Livingston, Sr., Trustee | Respondents |

## ORDER

**THIS MATTER** having come on before this Court on the motion of American General Financial Services, Inc. (hereinafter "American General") (Docket No. 13) for relief from stay and for other relief and this Court, having jurisdiction over the parties and the subject matter, and having considered American General's motion at a duly noticed hearing, finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 is hereby immediately terminated as to Debtor's principal residence located in Marshall County, Mississippi. The stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this order, and American General may immediately proceed to enforce its security agreement and liquidate its security interest.

**SO ORDERED AND ADJUDGED**, this the 18th day of March, 2009.

*David W. Houston, II*
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

John S. Simpson, MSB No. 8525
Simpson Law Firm, P. A.
Ridgeland, MS 39158-1410
Telephone (601) 957-6600
Telefax (601) 957-6601